FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2018 MAR 13 PM 4: 13

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| LESLIE SEAN PRUITT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 318-002 |
| DAVID McDADE; WARDEN McCLOUD; JUDGE ROBERT JAMES; MEDICAL TELEMED PSYCHIATRIST; and JERRY WYNN, | ) ) ) ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 13th day of March, 2018, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE